**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Antoine WILLIAMS, Defendant–Appellant.**

**No. 13–3227.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 2, 2014.

Filed: June 5, 2014.

Patrick J. Reinert, Lisa C. Williams, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff–Appellee.

Jack Edward Dusthimer, Davenport, IA, for Defendant–Appellant.

Antoine Williams, Chicago, IL, pro se.

Before BYE, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Antoine Williams appeals the sentence imposed by the district court[1] after he pleaded guilty to a drug-conspiracy offense. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the   Northern District of Iowa.

L.Ed.2d 493 (1967), arguing that the appeal waiver in Williams's plea agreement should not be enforced, and that the district court erred in denying a downward-variance motion and recommending that Williams's sentence run consecutively to sentences imposed in his pending state criminal cases. Williams has filed a pro se brief challenging his sentence and arguing that his counsel was ineffective.

We decline to consider Williams's ineffective-assistance arguments on direct appeal. *See United States v. McAdory*, 501 F.3d 868, 872–73 (8th Cir.2007). As to the remaining arguments asserted in this appeal, we enforce the appeal waiver. *See United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir.2003) (en banc). Finally, having reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no non-frivolous issues outside the scope of the waiver.

Accordingly, we decline to consider Williams's ineffective-assistance arguments on direct appeal, we dismiss this appeal based upon the appeal waiver in Williams's plea agreement, and we grant counsel leave to withdraw.